**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

**THOMAS EDWARD PERKINS, JR.,**

**Plaintiff,**

**v.** **Civil Action No. 5:26-CV-00351**

**THE ASSOCIATED PRESS** *and*
**HIGBEE & ASSOCIATES, APC,**

**Defendants.**

**ORDER**

On October 7, 2026, the Defendants, by counsel, have filed with the Court and served on the Plaintiff, who is acting *pro se*, ***Defendants' Motion for Protective Order for a Stay of Discovery Pending Resolution of Defendants' Motion to Dismiss*** (ECF No. 43).

Accordingly, the Plaintiff shall serve copies of his response to the Defendants' ***Motion*** on counsel for the Defendants no later than **October 26, 2026**; the Defendant may file any reply no later than **November 2, 2026**.

The Clerk is directed to mail a copy of this Order to the Plaintiff and to counsel of record.

ENTER: October 8, 2026.

Omar J. Aboulhosn
United States Magistrate Judge