AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

Thomas Edward Perkins Jr.
*Plaintiff*
v.
The Associated Press and Higbee & Associates, APC
*Defendant*

Civil Action No. 5:26-cv-00351

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Never Surrender, Inc. (f/k/a Donald J. Trump for President 2024, Inc.), Delaware File No. 7140036, c/o The Corporation Trust Company, Registered Agent, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A attached hereto and incorporated herein by reference.

| Place: Wilmington, DE, or by email to thomasperkinswv@gmail.com or mail to Thomas Perkins 404 Boggs Rd, Frankford, WV 24938 (see Attachment A) | Date and Time: 11/30/2026 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/13/26

*CLERK OF COURT*

Myra Anderson
*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Thomas Edward Perkins Jr. , who issues or requests this subpoena, are:

Thomas E. Perkins Jr., Pro Se, 404 Boggs Rd, Frankford, WV 24938, (681) 318-0225, thomasperkinswv@gmail.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 5:26-cv-00351

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________________
on *(date)* ______________ .

❐ I served the subpoena by delivering a copy to the named person as follows: ____________________

______________________________________________________________________

______________________________________ on *(date)* ______________ ; or

❐ I returned the subpoena unexecuted because: ______________________________

______________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

**ATTACHMENT A**
**DOCUMENT REQUESTS**

Civil Action No. 5:26-cv-00351
*Perkins v. The Associated Press and Higbee & Associates, APC*
United States District Court, Southern District of West Virginia, at Beckley

**Subpoena Directed To:**
Never Surrender, Inc.
(formerly known as Donald J. Trump for President 2024, Inc.)
FEC ID C00828541 · Delaware File No. 7140036
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

**Place of Compliance:** The Wilmington, Delaware location designated on the accompanying Form AO 88B. In lieu of production at the place of compliance, production by email to thomasperkinswv@gmail.com or by United States Postal Service mail to Thomas Edward Perkins Jr., 404 Boggs Road, Frankford, West Virginia 24938, is acceptable.

## I. DEFINITIONS

As used in this Attachment A, the following terms have the meanings set forth below.

1. "Butler Rally" means the Donald J. Trump campaign rally held on July 13, 2024 in Butler, Pennsylvania at which an assassination attempt on former President Donald J. Trump occurred.
2. "Press Buffer Zone" or "Restricted Press Area" means the designated area near the stage at the Butler Rally that was accessible only to credentialed members of the press.
3. "AP" means The Associated Press, a defendant in this action, and any of its employees, agents, photographers, or representatives.
4. "Documents" means all writings, recordings, photographs, electronic files, emails, text messages, and data of any kind in any form within your possession, custody, or control.
5. "Communications" means any written, electronic, or recorded exchange including emails, text messages, letters, memoranda, and social media messages.
6. "Press Credentials" or "Media Credentials" means any badge, pass, authorization, or permit issued to grant access to the Butler Rally press area or buffer zone.
7. "You" and "Your" mean Never Surrender, Inc., formerly known as Donald J. Trump for President 2024, Inc., including the principal campaign committee of Donald J. Trump for the 2024 presidential election, and its officers, employees, agents, and representatives.

## II. DOCUMENTS REQUESTED

You are commanded to produce all documents within your possession, custody, or control within the following categories relating to the Butler Rally on July 13, 2024:

1. All press credential applications, press passes, media badges, or access permits issued to The Associated Press or any AP employee or photographer for the Butler Rally, including but not limited to any credentials issued to Evan Vucci.

2. All written agreements, contracts, memoranda of understanding, or communications between the Trump campaign and The Associated Press governing press pool access, buffer zone access, or photographer positioning at the Butler Rally.

3. All written agreements, contracts, or communications between the Trump campaign and the United States Secret Service governing press buffer zone boundaries, restricted area designations, and media access at the Butler Rally.

4. All documents reflecting which news organizations, photographers, or media entities were granted access to the press buffer zone or restricted area at the Butler Rally, and the terms and conditions of that access.

5. All site maps, security diagrams, event layout plans, or physical documents showing the location and boundaries of the press buffer zone or restricted press area at the Butler Rally.

6. All communications between campaign press staff — including but not limited to Steven Cheung, Margo Martin, and Karoline Leavitt — and The Associated Press or any AP representative regarding press access arrangements at the Butler Rally.

7. All communications between the Trump campaign and any press pool coordinator, wire service, or news organization regarding the pool photography arrangement for the Butler Rally.

8. All documents reflecting the pool photography arrangement for the Butler Rally including any designation of AP as the official pool photographer or official wire service for the event.

9. All documents reflecting any agreement or understanding under which AP photographs from the Butler Rally were to be made available to non-pool media organizations and the terms of any such arrangement.

10. All internal campaign communications from July 13, 2024 through July 31, 2024 regarding press access at the Butler Rally, the AP photograph of the assassination attempt, and any media licensing or distribution arrangements for photographs taken at the event.

11. All communications between any Trump campaign representative and John Ellswick, AP Photo Editor, or any other AP photo desk or wire distribution personnel, regarding: (a) press pool photography arrangements at the Butler Rally; (b) photographer positioning or buffer zone access at the Butler Rally; (c) the distribution or licensing of photographs taken at the Butler Rally; or (d) any agreement or understanding regarding how AP photographs from the Butler Rally would be distributed to other news organizations or the general public, whether for licensing fees, royalty free, or free of charge.

12. All documents reflecting communications, agreements, or arrangements between the Trump campaign and the United States Secret Service regarding the press buffer zone and restricted press area at the Butler Rally on July 13, 2024 — including: (a) any written security plan or site layout identifying the press buffer zone boundaries; (b) any credentialing record or roster identifying which press members were authorized to enter the

restricted area; (c) any communications between campaign advance staff and Secret Service agents regarding press positioning near the stage; and (d) any post-event communications regarding press access at the Butler Rally. For the avoidance of doubt, Plaintiff expressly does not seek and this Request does not encompass: records relating to Secret Service counter-sniper operations, protective detail methodology, threat assessments, presidential security protocols, or any other law enforcement sensitive security measures. This Request is limited solely to records relating to the designation of, access to, and credentialing for the press buffer zone and restricted media area at the Butler Rally. To the extent any responsive document is classified or subject to privilege, Plaintiff requests in the alternative a written description of the general nature of each withheld document, the specific exemption claimed, and whether a redacted version can be provided consistent with applicable protections.

13. All documents reflecting any agreement, understanding, arrangement, or obligation under which photographs taken by The Associated Press or any AP photographer from within the press buffer zone at the Butler Rally on July 13, 2024 were required or expected to be distributed to members of the press, news organizations, or the general public free of charge, at no cost, or without licensing fees. This Request specifically seeks to determine whether any Pool Photography Agreement obligated AP to make Butler Rally photographs freely available to credentialed press or the public, and whether AP's subsequent enforcement of licensing fees against publishers who republished those photographs was inconsistent with or prohibited by any such agreement.

## III. INSTRUCTIONS FOR RESPONDING

1. You must produce all responsive documents on or before November 30, 2026 at 5:00 PM Eastern Time, as designated on the accompanying Form AO 88B to which this Attachment A is appended.

2. If you object to producing any document on grounds of privilege or other protection, you must serve a written objection identifying each document withheld, the basis for withholding it, and sufficient information to assess the claim of privilege, pursuant to Fed. R. Civ. P. 45(e)(2).

3. Documents may be produced: (a) electronically in native format by email to thomasperkinswv@gmail.com or by providing a secure download link; or (b) by United States Postal Service mail to Thomas Edward Perkins Jr., 404 Boggs Road, Frankford, West Virginia 24938. Production by either method satisfies this subpoena, and no personal appearance is required.

4. If no documents responsive to any category exist, please so state in writing within the time provided.

5. This Attachment A is incorporated into and made part of the subpoena issued by the Clerk of Court in Civil Action No. 5:26-cv-00351 pursuant to Federal Rule of Civil Procedure 45.